UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RONALD M. NELSON,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner,<br>Social Security Administration,<br><br>    Defendant. | Case No. C07-1439-BHS-JPD<br><br>ORDER FOR EXTENSION OF TIME<br>TO FILE PLAINTIFF'S REPLY BRIEF |

Based on Plaintiff's Stipulation for Extension of Time and the agreement of the parties, it is now, hereby

ORDERED that Plaintiff's reply Brief shall be filed on or before February 22, 2008.

DATED this 14th day of February, 2008..

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

ORDER